IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND L. WESTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, COMMISSIONER CHARLES H. RAMSEY, SERGEANT DIDONATO, SERGEANT GUILIAN, LIEUTENANT JOHN DOE, CAPTAIN JOHN DOE, CAPTAIN DETECTIVE JOHN DOE, POLICE OFFICER HULMES, POLICE OFFICER BANNING, POLICE OFFICER QUINN, POLICE OFFICER LYNCH, POLICE OFFICER JONES, and POLICE OFFICERS JOHN DOE 1–2 | : | NO. 17-2432 |

## ORDER

**NOW,** this 29th day of August, 2017, upon consideration of the Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (Document No. 2), and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART.**

**IT IS FURTHER ORDERED** as follows:

1. Counts I, II, IV, V and VI of the Complaint are **DISMISSED** as to all defendants, except defendant Police Officer Hulmes; and

2. Plaintiff is granted leave to file an amended complaint as to Counts IV and V only no later than September 13, 2017.

/s/TIMOTHY J. SAVAGE